**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | |
|---|---|
| MCSHEA LAW FIRM, P.C., | :   No. 210 EAL 2020 |
| Respondent | : |
| | :   Petition for Allowance of Appeal |
| | :   from the Order of the Superior Court |
| v. | : |
| | : |
| DAVID A. EHRLICH, | : |
| Petitioner | : |

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 20th day of October, 2020, the Petition for Allowance of Appeal is **DENIED**.